

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In re: | * | | |
| Priscilla M. Rollins, | * | Case No. | 10-22678-DER |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor. | * | | |

### NOTICE OF WITHDRAWAL

Notice is given by the Court that the Motion to Dismiss Plaintiff's Complaint [Docket No. 82] filed by the Debtor, was withdrawn by counsel to the debtor on the record in open court on February 3, 2014.


cc:    Debtor - Priscilla M. Rollins
       Debtor's Counsel - Karl-Henri Gauvin
       Creditor - CitiMortgage, Inc.
       Creditor's Counsel - Jamie Joshua

Notice-32.2--3/16/93 (cms)

### End of Order